IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILKINSON, | 2:09-cv-03386-GEB-KJM |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| M. CALLAGHAN & ASSOCIATES, LCC, | |
| Defendant. | |

Plaintiff states in his Status Report ("SR") filed March 15, 2010, that he "is filing a Request for Entry of Default [against Defendant M. Callaghan & Associates, LLC] concurrently herewith." (SR 1:20-21.) Plaintiff, however, has not addressed prosecuting a default matter before the Magistrate Judge as prescribed in a local rule, and indicates this case is to be scheduled as though it is not a default matter. **Plaintiff shall either do what is necessary so that Plaintiff is authorized file a motion for default judgment no later than 4:00 p.m. on April 30, 2010, or Show Cause in writing filed no later than 4:00 p.m. on April 30, 2010, why this case should not be dismissed for failure of prosecution.** If a hearing is requested on the Show Cause issue concerning the question of whether this case should be dismissed for failure of prosecution, it will be held on May 24, 2010, at

1

9:00 a.m., just prior to the status conference, which is rescheduled to that date and time.  A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated: March 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge