IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILKINSON,           )
                            )    2:09-cv-03386-GEB-KJM
        Plaintiff,          )
                            )    ORDER TO SHOW CAUSE AND
    v.                      )    CONTINUING STATUS (PRETRIAL
                            )    SCHEDULING) CONFERENCE
M. CALLAGHAN & ASSOCIATES, LCC, )
                            )
        Defendant.          )
_____)

    The May 13, 2010, Minute Order continuing the scheduling conference until September 20, 2010, required Plaintiff to file a status report no later than fourteen days prior to the scheduling conference addressing only the status of the default proceedings. (ECF No. 12.) No status report was filed as ordered.

    Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 18, 2010, why sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or his counsel is at fault, and whether a hearing is requested on the OSC.[1] If

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their
(continued...)

1

1 a hearing is requested, it will be held on November 1, 2010, at 9:00
2 a.m., just prior to the status conference, which is rescheduled to that
3 date and time.  A status report shall be filed no later than fourteen
4 days prior to the status conference.
5           IT IS SO ORDERED.
6 Dated:  September 13, 2010
7
8                                    _____
                                     GARLAND E. BURRELL, JR.
9                                    United States District Judge

---

¹(...continued)
consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387
(9th Cir. 1985).