IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILKINSON,

         Plaintiff,

    v.

M. CALLAGHAN & ASSOCIATES, LLC,

         Defendant.

2:09-cv-03386-GEB-KJM

ORDER RE: SETTLEMENT AND DISPOSITION

        Plaintiff filed a "Notice of Settlement" on October 12, 2010, in which he states, "a settlement of the present matter has been reached . . . which Plaintiff anticipates will be finalized within the next 45 days." (ECF No. 26.)

        Therefore, a dispositional document shall be filed no later than November 26, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The Status Conference scheduled for November 1, 2010, is continued to commence at 9:00 a.m. on December 13, 2010, in the event no dispositional document is filed, or if this action is not otherwise

dismissed.[1] Further, a joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  October 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2