1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    RONALD WILKINSON,                )
                                      )    2:09-cv-03386-GEB-KJM
9                   Plaintiff,        )
                                      )    ORDER CONTINUING STATUS
10            v.                      )    (PRETRIAL SCHEDULING)
                                      )    CONFERENCE
11   M. CALLAGHAN & ASSOCIATES, LCC,  )
                                      )
12                  Defendant.        )
     _____)

13

14          The Court was previously informed that a settlement was

15   reached in this action.  However, Plaintiff indicates in his Status

16   Report filed on January 4, 2011, that this action is not settled, should

17   be re-opened, and a hearing date set for "Plaintiff to file an entry of

18   default against Defendant." (ECF No. 30, 2:5-8, 2:11-12.)

19          This action need not be "re-opened" because it has not been

20   closed. If Plaintiff intends to prosecute this action as a default

21   matter, he shall do what is necessary for that prosecution, including

22   filing a motion for entry of default before the Magistrate Judge within

23   thirty days of the date on which this order is filed. If Plaintiff fails

24   to timely file the referenced default motion, Plaintiff shall show cause

25   in a filing due no later than 4:00 p.m. on February 11, 2011, why this

26   action should not be dismissed under Federal Rule of Civil Procedure

27   41(b) for failure of prosecution.

28

                                      1

1          The status conference scheduled for January 18, 2011, is

2    continued to commence at 9:00 a.m. on May 23, 2011. A status report

3    shall be filed fourteen (14) days prior to the status conference in

4    which Plaintiff is only required to explain the status of the default

5    proceedings, unless other information is also pertinent to understanding

6    the status of the action.

7          IT IS SO ORDERED.

8    Dated:  January 10, 2011

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28